**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CRYSTAL HOLDT,

        Plaintiff,

v.                                                Case No:  6:20-cv-1494-Orl-78GJK

AARON'S INC,

        Defendant.

_____

## **ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 12). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on October 8, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record